FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

December 19, 2017

Isaiah R. Williams
Tarrant County Jail
#0883329
100 N. Lamar
Fort Worth, TX 76196

RE:     Court of Appeals Number:   02-17-00204-CR
                                   02-17-00205-CR

        Trial Court Case Number:   1451790D
                                   1452066D

Style:   Isaiah R. Williams
         v.
         The State of Texas


Dear Mr. Williams:

On November 20, 2017, your attorney, John W. Stickels, filed a motion to withdraw as attorney on appeal and a brief supporting that motion in the above cause. In these documents, your attorney has certified that in his opinion any appeal of your conviction would be wholly frivolous and without merit. In a letter to this court received November 27, 2017, you indicated that you wish to continue this appeal pro se. This letter is to inform you of the date by which your pro se response to the *Anders* brief must be filed.

Your pro se response to the *Anders* brief in the above styled cause must be filed on or before **Tuesday, February 20, 2018**. If you do not file your brief on or before **Tuesday, February 20, 2018**, this court will assume that you do not intend to file a brief. The State will then have 30 days to respond. Once the State files its brief, if any, we will consider your appeal.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Rene Wallace, Deputy Clerk

cc:   Debra A. Windsor
      Assistant District Attorney
      401 W. Belknap St.
      Fort Worth, TX 76196-0201

      John W. Stickels
      P.O. Box 121431
      770 N. Fielder Rd.
      Arlington, TX 76012